PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
12 JUL 24 PM 1:15
CLERK-ALBUQUERQUE

DOCKET NUMBER *(Tran. Court)*
1084 2:98CR00831-1BB

DOCKET NUMBER *(Rec. Court)*

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

MARK A. SMITH

| DISTRICT | DIVISION |
|---|---|
| New Mexico | Albuquerque |

NAME OF SENTENCING JUDGE

Honorable Bruce D. Black

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 05/04/2012 | 05/03/2022 |

OFFENSE

Kidnaping, 18 U.S.C. Sec. 1202(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF New Mexico

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the EASTERN DISTRICT of ARKANSAS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-9-12
*Date*

Bruce D Black
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Arkansas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/16/12
*Effective Date*

James M Moody
*United States District Judge*

JMM